# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AUGUST HOHL,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>USAA SAVINGS BANK and DOES 1–10,<br><br>　　　　　　　　　Defendants. | Case No. 16-CV-242-JPS<br><br><br><br>**ORDER** |

Plaintiff initiated this action on February 29, 2016, alleging violations of the Telephone Consumer Protection Act. (Docket #1). On March 13, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #15). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 13th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge